UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARCUS  HAYNES, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:15-CV-2569 |
| | § | |
| BREATHING CENTER OF HOUSTON, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

On this day, the Court considered the defendants', Breathing Center of Houston, et al,

Unopposed Motion to Seal Evidence Submitted by Plaintiff on Sur-Reply Containing

Confidential and/or Protected Health Information.  (Dkt. No. 99).  After having considered the

motion, the Court determines that the defendants' motion should be granted.

Accordingly, it is hereby **ORDERED** that the defendants' Unopposed Motion to Seal

Evidence Submitted by Plaintiff on Sur-Reply Containing Confidential and/or Protected Health

Information is **GRANTED**; Doc. 94-2, 94-3, 94-5 and Doc. 95-2 shall be **SEALED**.

It is so **ORDERED**.

SIGNED on this 27th day of December, 2018.

_____
Kenneth M. Hoyt
United States District Judge